## JEAN BAPTISTE JEROME *versus* RANDALL S. RICE AND HIRAM PEIRCE

JOURNAL ENTRIES (1822–25): *Journal 3:* (1) Motion for bail or procedendo *p. 330; (2) motion for judgment *p. 435. *Journal 4:* (3) Rule for judgment of nonsuit MS p. 13.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) recognizance; (4) declaration.

*1822–23 Calendar*, MS p. 62. Recorded in *Book B*, MS pp. 481–83.